

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

UNITED STATES OF AMERICA

v.

No. 7:25-MJ-007

GREGORY SCOTT COOK

## CRIMINAL COMPLAINT

I, Dylan Dilbeck, under oath, duly state that I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Alleged Offense:**

➤ On or about January 21, 2025, in the Wichita Falls Division of the Northern District of Texas, defendant **Gregory Scott Cook**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Beretta, model 21-A, 22 caliber, pistol, with serial number BES 56768, and the firearm was in and affecting commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

**Probable Cause:**

I, ATF TFO Dylan Dilbeck, under oath, duly state that the information set forth in this affidavit is true and correct to the best of my knowledge and belief, but is not inclusive of all the evidence or information in the case.

1. Prior to COOK's January 21, 2025, arrest, on December 16, 2024, Wichita County Sheriff's deputies stopped COOK on traffic violation. A firearm and narcotics were found in the vehicle and COOK was ultimately arrested for felon in possession of a firearm and possession of a controlled substance.

2. On January 21, 2025, Wichita County Sheriff's Deputy Ward stopped a Honda Civic in the 1900 block of 8th Street in Wichita Falls, Wichita County Texas for failing to signal a turn within 100 feet. The driver Gregory COOK, immediately tried to exit the vehicle when it came to a stop, Deputy Ward instructed COOK to stay in the car. As Deputy Ward approached, COOK took

Criminal Complaint – Page 1

off a black jacket and set it in the seat. COOK attempted to convince Deputy Ward to let him go into a nearby apartment. COOK and the passenger were visibly very nervous, which Deputy Ward asked them about.

3. Deputy Ward then asked for consent to search the vehicle and COOK consented. Deputy Ward had COOK and the passenger step out of the vehicle. When COOK exited the vehicle, he brought the black jacket with him and attempted to put it on, which he was instructed to put down because Deputy Ward feared it might contain a weapon.

4. When the passenger was being patted down for weapons he admitted to having a glass pipe. Deputy Garcia located the pipe and began to detain the passenger. Deputy Ward then began to detain COOK. COOK then pulled away from Deputy Ward and shoved a baggie of suspected methamphetamine into his mouth. Deputies tried several times to get COOK to spit it out. A Wichita Falls Police Officer attempted the Heimlich maneuver on COOK and got him to spit the suspected methamphetamine out. The suspected methamphetamine rendered a positive field test for methamphetamine and weighed approx. thirty-five (35) grams.

5. Deputy Ward performed a probable cause search on the vehicle and the jacket COOK was holding. Inside the vehicle, a THC vape pen and drug paraphernalia was located. Inside the jacket, Deputy Ward located a Beretta, model 21-A, 22LR, handgun with serial number BES 56768. The Beretta was loaded with seven (7) bullets.

6. During a post-*Miranda* interview, COOK admitted that the bag he shoved into his mouth contained methamphetamine. COOK also admitted to possessing the Beretta firearm and stated he was trying to sell it, for the passenger.

7. **COOK's** criminal history includes at least ten (10) felony convictions, which include Aggravated assault with a deadly weapon, possession of a controlled substance, and burglary of a habitation.

8. An ATF Interstate Nexus Expert received photos and a description of the above-described Beretta handgun. The ATF expert determined that the handgun was manufactured outside the state of Texas, and therefore had traveled in and/or affected interstate and/or foreign commerce prior to the defendant's possession.

Based upon the facts and circumstances, I respectfully submit there is probable cause to believe that **Gregory Scott Cook**, a convicted felon, did knowingly and unlawfully possess a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Dylan Dilbeck, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me, and subscribed in my presence on 3ⁿᵈ day of March 2025, at /:23 a.m./p.m., in Fort Worth, Texas.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Criminal Complaint – Page 3